IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| LORI MARTINEZ, | CV 17–02–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| HOWMEDICA OSTEONICS CORPORATION, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. 19),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 12th day of March, 2018.

Dana L. Christensen, Chief Judge
United States District Court